**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-014 | No. 26-1134 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26 and Third Circuit Rule 31.4, Appellant United States of America respectfully moves for a 30-day extension of time, to and including May 6, 2026, to file its opening brief and appendix.  Per Circuit Rule 27.3, Appellant has conferred with opposing counsel and represents that Appellee consents to the requested relief.  In support of this motion, Appellant states as follows:

1.  This appeal was docketed on January 26, 2026.  On February 10, the Court issued a briefing notice setting March 23 as the due date for Appellant's opening brief and appendix.  Dkt. 11.  On March 16, 2026, Appellant was verbally granted a 14-day extension of time until April 6. Dkt. 21.

2.  Appellant respectfully requests an additional 30-day extension, to and including May 6, 2026, to complete preparation of its opening brief and appendix.

3.  Good cause exists for the requested extension.  Appellant's opening brief is currently due on April 6, the day after Easter Sunday, and undersigned counsel will be traveling out of state for the holiday. Undersigned counsel has also recently assumed primary responsibility for the government's representation in *WPATH v. Federal Trade Commission*, No. 26-cv-532 (D.D.C.), and oral argument on the plaintiff's motion for a preliminary injunction has been set for April 7.  Last, oral argument has not been set in this appeal, and the requested extension will not delay any other aspect of the Court's consideration of this case.

In addition, the supervisory attorney on this matter, Brad Hinshelwood, also has responsibility for a variety of other matters, including *Kelly v. Hegseth*, No. 26-5070 (D.C. Cir.) (expedited opening brief filed March 20); *State of Texas v. Oz*, No. 25-40766 (5th Cir.) (opening brief due April 3); *In re 2025 Subpoena to Children's Nat'l Hosp.*, No. 26-1104 (4th

Cir.) (opening brief due April 15); and *A.R.M.R. v. United States*, No. 26-1218 (7th Cir.) (response brief due April 15).

4.  For these reasons, Appellant respectfully requests that the Court grant this motion for a 30-day extension of time.

Respectfully submitted,

BRAD HINSHELWOOD

 /s/ John Bailey
JOHN BAILEY
*Attorneys*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 514-6993*

MARCH 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 337 words, according to the word count of Microsoft Word.

/s/ John Bailey
John Bailey

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ John Bailey*
John Bailey