# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-014 | No. 26-1134 |

## RESPONSE TO MOTION TO VOLUNTARILY DISMISS APPEAL

Appellee Children's Hospital of Philadelphia ("CHOP") does not intend to file an objection to Appellant's motion to dismiss its appeal. Because CHOP's response to the Subpoena is ongoing and further disputes continue to arise, CHOP respectfully requests that this Court grant the motion to dismiss the appeal and remand expeditiously so that the case can be returned to the jurisdiction of the District Court.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Neal Kumar Katyal*

Neal Kumar Katyal
Colleen E. Roh Sinzdak
Chase J. Hanson
Milbank LLP
1101 New York Ave. NW
Washington, DC 20005
(202) 835-7505
nkatyal@milbank.com

Lawrence G. McMichael
Dilworth Paxson
1650 Market Street
Suite 1200
Philadelphia, PA 19102
(215) 575-7112
lmcmichael@dilworthlaw.com

*Counsel for Children's Hospital
of Philadelphia*

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 64 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Century Schoolbook font.


Dated: May 11, 2026         */s/ Neal Kumar Katyal*
Neal Kumar Katyal

*Counsel for Children's Hospital*
*of Philadelphia*

# CERTIFICATE OF SERVICE

I certify that today I caused this document to be filed electronically with the Clerk of Court using the CM/ECF system and thereby served via CM/ECF on all parties and counsel of record.


Dated: May 11, 2026
*/s/ Neal Kumar Katyal*
Neal Kumar Katyal

*Counsel for Children's Hospital of Philadelphia*