# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1134

In re: Administrative Subpoena No. 25-1431-014

(U.S. District Court No.: 2:25-mc-00039)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     May 12, 2026
LMR/cc:    John Bailey, Esq.
Timothy J. Ford, Esq.
Chase J. Hanson, Esq.
Bradley Hinshelwood, Esq.
Neal K. Katyal, Esq.
Lawrence G. McMichael, Esq.
Colleen E. Roh Sinzdak, Esq.
Douglas M. Weck Jr., Esq.
Mr. George V. Wylesol,

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate